PENN TRAFFIC COMPANY, D.B.A. BIG BEAR STORES; ZEUS SHOPPING CENTER, INC., APPELLANT, *v.* CLARK COUNTY BOARD OF ELECTIONS, APPELLEE.

[Cite as *Penn Traffic Co. v. Clark Cty. Bd.
of Elections* (2000), 90 Ohio St.3d 1231.]

(No. 99–2206—Submitted October 11, 2000—Decided December 13, 2000.)

---

*Lagos & Lagos* and *Thomas H. Lagos,* for appellant.

*Thomas E. Trempe,* Clark County Assistant Prosecuting Attorney, for appellee.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.